UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRICELDA OLIVERA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, et al.,<br><br>Defendants. | Case No. 1:25-cv-01335-JLT-FJS<br><br>ORDER AFTER STATUS CONFERENCE AND GRANTING IN PART THE PARTIES' STIPULATION TO AMEND THE SCHEDULING ORDER<br><br>(ECF No. 15) |

On October 1, 2026, the parties filed a stipulation to amend the scheduling order. (ECF No. 15.) The stipulation requested extending the deadlines for expert disclosures, supplemental expert disclosures, discovery, and pretrial motions, while maintaining the current pretrial conference and trial dates. (ECF No. 15.)

On October 13, 2026, the court held a status conference to discuss the proposed deadlines with the parties. (ECF No. 18.)

Accordingly, good cause appearing, it is ORDERED as follows:

1. The parties' stipulation (ECF No. 15) is GRANTED in part to reflect the deadlines agreed upon at the October 13, 2026, status conference;

2. Plaintiff's expert disclosures shall be continued to February 5, 2027;

3. Defendants' expert disclosures shall be continued to March 5, 2027;

4. Plaintiff's supplemental expert disclosures, if any, shall be continued to March 26, 2027;

5. All discovery shall close on May 14, 2027;

6. Pretrial motion filing deadline shall be continued to June 11, 2027;

7. Pre-trial conference shall be continued from September 20, 2027, to November 19, 2027, at 1:30 PM in Courtroom 4 (JLT); and

8. The trial date shall remain unchanged.

IT IS SO ORDERED.

Dated: **October 14, 2026**

UNITED STATES MAGISTRATE JUDGE